**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LUIS DOROTEO LUNA, | : | CIVIL ACTION |
| Petitioner, | : | No. 26-cv-7492-JMY |
| v. | : | |
| JAMISON, J.L, Warden, FDC Philadelphia, et al., | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, this 6th day of November, 2026, upon consideration of Petitioner's petition and responses thereto (ECF Nos. 16, 20, 23), it is hereby **ORDERED** that the petition is **GRANTED** as follows:

1. Respondents shall immediately release petitioner from custody and file confirmation of such release on the Court's electronic docket;
2. Respondents shall produce to Petitioner the body-worn camera footage of his arrest, as well as his personal property including identification and documents; and
3. Respondents shall not place additional restraints such as electronic monitoring on Petitioner, and shall not re-detain Petitioner under the immigration laws of the United States pending a final determination in his removal proceedings.

BY THE COURT:

/s/ *John Milton Younge*

**Judge John Milton Younge**